1  DANIEL G. BOGDEN
   United States Attorney
2  333 Las Vegas Boulevard, So.
   Suite 5000
3  Las Vegas, Nevada, 89101
   Telephone: (702) 388-6787
4
   HENRY C. DARMSTADTER
5  NATHANIEL B. PARKER
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683
7  Ben Franklin Station
   Washington, D.C. 20044-0683
8  Telephone: (202) 307-6481
            (202) 307-6547
9  henry.c.darmstadter.usdoj.gov
   nathaniel.b.parker@usdoj.gov
10 Western.Taxcivil@usdoj.gov

11

12                 IN THE UNITED STATES DISTRICT COURT FOR THE

13                            DISTRICT OF NEVADA

14  JOSEPH G. O'BRIEN,

15           Plaintiff,                    ) 2:07-cv-00986-GMN-GWF

16       v.                                )

17  UNITED STATES OF AMERICA,              )

18           Defendant.                    )

19  ─────────────────────────────────      )

20  UNITED STATES OF AMERICA               ) STIPULATION FOR ENTRY OF
             Counterclaim Plaintiff,       ) JUDGMENT

21       v.                                )

22  JOSEPH G. O'BRIEN, MICHAEL V. VILLAMOR, )
    DAN K. SHAW, and JAMES R. VANWOERKOM,  )
23
             Counterclaim Defendants.      )
24  ─────────────────────────────────      )

25

26      The United States of America and James VanWoerkom, by and through undersigned counsel,

27  hereby consent and stipulate as follows:

28  / / /

1.      James VanWoerkom agrees to the entry of judgment in favor of the United States on its claim to reduce to judgment trust fund recovery penalty assessments arising from the nonpayment of income and FICA taxes withheld from wages paid to employees of VSS Enterprises, LLC, for the third and fourth quarters of 2002 and the first and second quarters of 2003 in the amount of $600,000, plus interest thereon from the date of entry of judgment as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

2.      Each party shall bear its own costs and fees.

The United States and James VanWoerkom respectfully request that the Court enter the Proposed Judgment filed herewith.

Dated this 26th day of July, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

HENRY M. DARMSTADTER
NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
*Attorneys for the United States*

DANIEL MARKS
Law Office of Daniel Marks
530 S. Las Vegas Blvd., Suite 300
Las Vegas, NV 89101
*Attorney for James Vanwoerkom*

- 2 -

1   DANIEL G. BOGDEN
    United States Attorney
2   333 Las Vegas Boulevard, So.
    Suite 5000
3   Las Vegas, Nevada, 89101
    Telephone: (702) 388-6787
4
    HENRY C. DARMSTADTER
5   NATHANIEL B. PARKER
    Trial Attorneys, Tax Division
6   U.S. Department of Justice
    P.O. Box 683
7   Ben Franklin Station
    Washington, D.C. 20044-0683
8   Telephone: (202) 307-6481
             (202) 307-6547
9   henry.c.darmstadter.usdoj.gov
    nathaniel.b.parker@usdoj.gov
10  Western.Taxcivil@usdoj.gov

11
12                    IN THE UNITED STATES DISTRICT COURT FOR THE

13                              DISTRICT OF NEVADA

14  JOSEPH G. O'BRIEN,                        )
15              Plaintiff,                     )   2:07-cv-00986-GMN-GWF
16        v.                                   )
17  UNITED STATES OF AMERICA,                  )
18              Defendant.                      )
19  ─────────────────────────                  )
    UNITED STATES OF AMERICA                    )        JUDGMENT
20              Counterclaim Plaintiff,         )
21        v.                                    )
22  JOSEPH G. O'BRIEN, MICHAEL V. VILLAMOR,    )
    DAN K. SHAW, and JAMES R. VANWOERKOM,      )
23                                             )
24              Counterclaim Defendants.       )

25
26        Before the Court is a Joint Stipulation for Entry of Judgment in favor of the United States and

27  against James VanWoerkom.  Upon review of the Stipulation and the record in this case, this Court

28  ///

