1  DANIEL G. BOGDEN
   United States Attorney
2  333 Las Vegas Boulevard, So.
   Suite 5000
3  Las Vegas, Nevada, 89101
   Telephone: (702) 388-6787
4
   HENRY C. DARMSTADTER
5  NATHANIEL B. PARKER
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683
7  Ben Franklin Station
   Washington, D.C. 20044-0683
8  Telephone: (202) 307-6481
              (202) 307-6547
9  henry.c.darmstadter.usdoj.gov
   nathaniel.b.parker@usdoj.gov
10 Western.Taxcivil@usdoj.gov

11
                    IN THE UNITED STATES DISTRICT COURT FOR THE
12
                                 DISTRICT OF NEVADA
13

14 JOSEPH G. O'BRIEN,                    )
                                         )
15         Plaintiff,                    )
                                         )  **2:07-cv-00986-GMN-GWF**
16    v.                                 )
                                         )
17 UNITED STATES OF AMERICA,             )
                                         )
18         Defendant.                    )
   _____)
19                                       )
   UNITED STATES OF AMERICA              )
20         Counterclaim Plaintiff,       )  STIPULATION FOR ENTRY OF
                                         )  JUDGMENT
21    v.                                 )
                                         )
22 JOSEPH G. O'BRIEN, MICHAEL V. VILLAMOR,)
   DAN K. SHAW, and JAMES R. VANWOERKOM, )
23                                       )
           Counterclaim Defendants.      )
24 _____)

25
        The United States of America and Joseph G. O'Brien, by and through undersigned counsel, hereby
26
   consent and stipulate as follows:
27
28 / / /

---

1. Joseph G. O'Brien agrees to the entry of judgment in favor of the United States on its claim to reduce to judgment trust fund recovery penalty assessments arising from the nonpayment of income and FICA taxes withheld from wages paid to employees of VSS Enterprises, LLC, for the third and fourth quarters of 2002 and the first and second quarters of 2003 in the amount of $3,645,093.31, plus interest thereon from the date of entry of judgment as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

2. Each party shall bear its own costs and fees.

The United States and Joseph G. O'Brien respectfully request that the Court enter the Proposed Judgment filed herewith.

Dated this 26th day of July, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

HENRY M. DARMSTADTER
NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Attorneys for the United States

THOMAS CROWE
7381 West Charleston Boulevard
Suite 110, Las Vegas, Nevada 89117
Attorney for Joseph G. O'Brien

1  DANIEL G. BOGDEN
   United States Attorney
2  333 Las Vegas Boulevard, So.
   Suite 5000
3  Las Vegas, Nevada, 89101
   Telephone: (702) 388-6787
4
5  HENRY C. DARMSTADTER
   NATHANIEL B. PARKER
6  Trial Attorneys, Tax Division
   U.S. Department of Justice
7  P.O. Box 683
   Ben Franklin Station
8  Washington, D.C.  20044-0683
   Telephone: (202) 307-6481
9              (202) 307-6547
   henry.c.darmstadter.usdoj.gov
10 nathaniel.b.parker@usdoj.gov
   Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH G. O'BRIEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **2:07-cv-00986-GMN-GWF** |
| UNITED STATES OF AMERICA <br>  Counterclaim Plaintiff, <br><br> v. <br><br> JOSEPH G. O'BRIEN, MICHAEL V. VILLAMOR, DAN K. SHAW, and JAMES R. VANWOERKOM, <br><br> Counterclaim Defendants. | **JUDGMENT** |

Before the Court is a Joint Stipulation for Entry of Judgment in favor of the United States and against Joseph G. O'Brien. Upon review of the Stipulation and the record in this case, this Court

GRANTS judgment in favor of the United States and against Joseph G. O'Brien on its claim to reduce to judgment trust fund recovery penalty assessments arising from the nonpayment of income and FICA taxes withheld from wages paid to employees of VSS Enterprises, LLC, for the third and fourth quarters of 2002 and the first and second quarters of 2003 in the amount of $3,645,093.31, plus interest thereon from the date of entry of this judgment as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

Each party shall bear its own costs and fees.

IT IS SO ORDERED this 26th day of July, 2010.

_____
Gloria M. Navarro
United States District Judge

Presented by:

DANIEL G. BOGDEN
United States Attorney

_____
HENRY M. DARMSTADTER
NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
*Attorneys for the United States*

_____
THOMAS CROWE
7381 West Charleston Boulevard
Suite 110, Las Vegas, Nevada 89117.
*Attorney for Joseph G. O'Brien*