DANIEL G. BOGDEN
United States Attorney
333 Las Vegas Boulevard, So.
Suite 5000
Las Vegas, Nevada, 89101
Telephone: (702) 388-6787

HENRY C. DARMSTADTER
NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481
          (202) 307-6547
henry.c.darmstadter.usdoj.gov
nathaniel.b.parker@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH G. O'BRIEN, <br><br>      Plaintiff, <br><br>   v. <br><br> UNITED STATES OF AMERICA, <br><br>      Defendant. <br>_____ <br> UNITED STATES OF AMERICA <br>      Counterclaim Plaintiff, <br><br>   v. <br><br> JOSEPH G. O'BRIEN, MICHAEL V. VILLAMOR, <br> DAN K. SHAW, and JAMES R. VANWOERKOM, <br><br>      Counterclaim Defendants. <br>_____ | Case No. 2:07-cv-00986-GMN-GWF <br><br><br><br><br><br> **JUDGMENT** <br> AGAINST MICHAEL V. VILLAMOR |

Based upon the Order issued in this case on September 9, 2010, defendant Michael V. Villamor is

liable to the United States for trust fund recovery penalty assessments under 26 U.S.C. § 6672 arising

/ / /

from the nonpayment of income and FICA taxes withheld from wages paid to employees of VSS Enterprises, LLC, for the third and fourth quarters of 2002 and the first and second quarters of 2003. Judgment is therefore entered against Michael V. Villamor in the amount of $3,653,085.30, plus unassessed but accrued interest and penalties pursuant to 26 U.S.C. §§ 6601 and 6621 and 28 U.S.C. § 1961(c)(1) from April 20, 2010 until the Judgment is paid in full.

IT IS SO ORDERED this 15th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

1 | Respectfully presented on this 15th day of September by:

DANIEL G. BOGDEN
United States Attorney

*/s/ Nathaniel B. Parker*
HENRY C. DARMSTADTER
NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6581
henry.c.darmstadter@usdoj.gov
nathaniel.b.parker@usdoj.gov
Western.Taxcivil@usdoj.gov