1  DANIEL G. BOGDEN
   United States Attorney
2  333 Las Vegas Boulevard, So.
   Suite 5000
3  Las Vegas, Nevada, 89101
   Telephone: (702) 388-6787
4
   HENRY C. DARMSTADTER
5  NATHANIEL B. PARKER
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683
7  Ben Franklin Station
   Washington, D.C. 20044-0683
8  Telephone: (202) 307-6481
              (202) 307-6547
9  henry.c.darmstadter.usdoj.gov
   nathaniel.b.parker@usdoj.gov
10 Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH G. O'BRIEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:07-cv-00986-GMN-GWF |
| UNITED STATES OF AMERICA <br> Counterclaim Plaintiff, <br><br> v. <br><br> JOSEPH G. O'BRIEN, MICHAEL V. VILLAMOR, DAN K. SHAW, and JAMES R. VANWOERKOM, <br><br> Counterclaim Defendants. | [PROPOSED] JUDGMENT |

Before the Court is a Joint Stipulation for Entry of Judgment in favor of the United States and against Dan K. Shaw on the United States' Counterclaim. Upon review of the Stipulation and the record

in this case, this Court GRANTS judgment against Dan K. Shaw in favor of the United States on its Counterclaim (Docket # 17) to reduce to judgment trust fund recovery penalty assessments arising from the nonpayment of income and FICA taxes withheld from wages paid to employees of VSS Enterprises, LLC, for the third and fourth quarters of 2002 and the first and second quarters of 2003 in the amount of $3,270,000.00 plus interest thereon from the date of entry of this judgment as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

Dan K. Shaw's Counterclaim (Docket # 37) shall be dismissed with prejudice.

The United States and Dan K. Shaw shall bear its or his respective fees and costs, including any

**IT IS SO ORDERED** this 29th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge

Presented by:

DANIEL G. BOGDEN
United States Attorney

HENRY M. DARMSTADTER
NATHANIEL B. PARKER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
*Attorneys for the United States*

C. Keith Rooker
C. Keith Rooker PLLC
2375 Corporate Circle, Suite 275
Henderson, Nevada 89074
(702) 534-1600
*Attorney for Dan K. Shaw*

-2-